UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ENOCH DONNELL HALL
Petitioner

v.

Case No.: 6:17-cv-762-Orl-37GJK

SECRETARY, FLORIDA
DEPARTMENT OF CORRECTIONS and
ATTORNEY GENERAL, STATE OF FLORIDA.

FILED 2019 OCT 31 PM 2:34

## MOTION TO APPOINT MARTINEZ COUNSEL

The undersigned has become aware that, pursuant to Martinez v. Ryan, 132 S. Ct. 1309, 182 L. Ed. 2d (2012), it may be possible to raise additional grounds in his section 2254 petition in this Court, and that his current counsel would operate under a conflict of interest if any additional grounds were raised.

I, Enoch Donnell Hall, acting pro se, respectfully ask this Court to appoint conflict-free counsel to determine whether additional grounds be raised pursuant to Martinez.

Respectfully submitted,

Enoch Donnell Hall

Enoch Donnell Hall
Petitioner, pro se.

CERTICATE OF SERVICE

I HEREBY CERTIFY, a true and correct copy of the foregoing motion has been furnised to <u>Doris Meacham</u>, Florida Office of the Attorney General and <u>Ann Marie Mirialakis</u>, Assistant Capital Collateral Regional Counsel by First Class pre-paid postage, to be deposited in the outgoing legal mail channel, here at Union Correctional Institution, P.O. Box 1000, Raiford, Florida 32083 on this <u>28th</u> day of <u>October</u>, 2019

Respectfully submitted
<u>Enoch Donnell Hall</u>

Enoch Donnell Hall [DC#:214353]
Union Correctional Institution
P.O. Box 1000
Raiford, Florida     32083